**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BETTY CONNOR, etc.,

        Plaintiff,

vs.                                            Case No. 3:10-cv-471-J-32JRK

EDUCATIONAL SERVICES OF AMERICA,
INC., etc.,

        Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's December 27, 2011 Report and Recommendation (Doc. 30).  Counsel for plaintiff advised chambers that neither party intends to file any objections so the Court need not delay entry of its decision.  Therefore, upon independent de novo review, it is hereby

**ORDERED**:

1.    The Report and Recommendation (Doc. 30) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

2.    The parties' Amended Joint Motion to Approve Settlement Agreement and Release and Dismiss With Prejudice Plaintiff's Complaint (Doc. 28) is **GRANTED**.

3.    The parties' settlement agreement and release (Doc. 28-1) is **APPROVED** as a **FAIR AND REASONABLE RESOLUTION** of a *bona fide* FLSA dispute.

4.    This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of December, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

s.

Copies:

Honorable James R. Klindt

United States Magistrate Judge

counsel of record